Lucy Ziegler, by Guardian ad Litem, August Ziegler, Respondent, v. The Bell Telephone Company of Buffalo, Appellant.— Judgment and order

affirmed, with costs.' All concurred, except Williams, J., who dissented on the ground that the verdict is excessive.